UNITED STATES DISTRICT COURT
District of Maine

| | |
|---|---|
| PETER LEWIS GORDON, | ) |
| | ) |
| v. | ) |
| | ) **Civil No. 06-160-B-S |
| STATE OF MAINE, | ) |
| | ) |
| Defendants | ) |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on March 19, 2007, her Recommended Decision (Docket No. 17). Plaintiff Peter Lewis Gordon filed his Objection to the Recommended Decision (Docket No. 19) on March 26, 2007.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2. The Motion for Writ of Habeas Corpus (Docket No. 1) filed by Plaintiff is hereby **DENIED** and Defendant's Motion to Dismiss Petition for Writ of Habeas Corpus (Docket No. 13) is **GRANTED**.

                                                  s/George Z. Singal
                                                  George Z. Singal
                                                  Chief U.S. District Judge

Dated: April 5, 2007